IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROSEMARY KELLY,<br><br>        Plaintiff,<br><br>vs.<br><br>GRADIENT ADVISORS, LLC, a Minnesota organization; RICHARD SLIFER, and MICHAEL SILVA,<br><br>        Defendants. | 8:20CV15<br><br>ORDER OF RECUSAL<br>REQUEST FOR REASSIGNMENT |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

Dated this 3rd day of April 2020.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge