IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROSEMARY KELLY,<br><br>           Plaintiff,<br><br>   vs.<br><br>GRADIENT ADVISORS, LLC, a Minnesota organization; RICHARD SLIFER, and MICHAEL SILVA,<br><br>           Defendants. | **8:20CV15**<br><br>**ORDER** |

      As requested in the parties' motion, (filing no. 67), which is hereby granted, the final progression order is amended as follows:

1) Defendant Gradient's response to Plaintiff's Requests for Admissions shall be served on or before January 29, 2021.

2) Any motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by February 15, 2021.

   **Reminder:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

Dated this 28th day of December, 2020.

                                         BY THE COURT:

                                         *s/ Cheryl R. Zwart*
                                         United States Magistrate Judge