IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROSEMARY KELLY,<br><br>Plaintiff,<br><br>vs.<br><br>GRADIENT ADVISORS, LLC, a Minnesota organization; RICHARD SLIFER, and MICHAEL SILVA,<br><br>Defendants. | 8:20CV15<br><br>**FINAL PROGRESSION ORDER (AMENDED)** |

IT IS ORDERED that the parties' joint stipulation to modify the progression order is granted. (Filing No. 80). The final progression order is amended as follows:

1) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s)/Crossclaim plaintiff(s):      February 12, 2021.
    For the defendant(s)/Crossclaim defendants(s):  March 19, 2021.
    Rebuttal:                                         April 2, 2021.

2) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is May 14, 2021.

3) The deadline for filing motions to dismiss and motions for summary judgment is May 28, 2021.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is May 28, 2021.

5) Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

6) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

7) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 1st day of February, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge