IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROSEMARY KELLY,<br><br>  Plaintiff,<br><br>vs.<br><br>GRADIENT ADVISORS, LLC, a Minnesota organization; RICHARD SLIFER, and MICHAEL SILVA,<br><br>  Defendants. | 8:20CV15<br><br>**ORDER** |

For the reasons stated on the record, (Filing No. 85),

IT IS ORDERED that as to Plaintiff's motion to compel, (Filing No. 86),

1) As to Plaintiff's First Set of Interrogatories and Document Production requests, Plaintiff's motion to compel is granted in part and denied in part. Defendant Slifer's supplemental responses to Plaintiff's discovery, as ordered on the record, shall be served on or before March 12, 2021.

2) As to Plaintiff's Second Set of Document Production requests, any motion to serve such requests out of time, and to demand a response thereto, shall be filed on or before March 12, 2021. On or before March 5, 2021, the parties shall again confer in good faith to resolve this issue without further court intervention.

Dated this 23rd day of February, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge