IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROSEMARY KELLY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GRADIENT ADVISORS, LLC, a Minnesota organization; RICHARD SLIFER, and MICHAEL SILVA,<br><br>　　　　　Defendants. | **8:20CV15**<br><br>**ORDER** |

This matter comes before the Court on the parties' Stipulation for Dismissal with prejudice (Filing No. 89). The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with each party to bear its own costs.

Dated this 5th day of April, 2021.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　Senior United States District Judge